UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
CLAUDIO DAREZZO,                                                       :
                                                                       :
                              Plaintiff,                               :
                                                                       :         24 Civ. 1357 (JPC)
               -v-                                                     :
                                                                       :              ORDER
2ND LHASA FAST FOOD INC. and                                           :
DONZELLI REALTY CORPORATION,                                           :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On March 7, 2024, Plaintiff served Defendants with copies of the Summons and Complaint. Dkts. 5-6. Defendants' deadline to respond to the Complaint was therefore March 28, 2024. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint from Defendants. Accordingly, the Court extends *sua sponte* Defendants' deadline to respond to the Complaint until May 31, 2024. If Defendants once again fail to respond to the Complaint by their deadline to do so, Plaintiff should seek a Certificate of Default by June 7, 2024.

SO ORDERED.

Dated: May 28, 2024
      New York, New York                                     _____
                                                          JOHN P. CRONAN
                                                United States District Judge